[Civil No. 639.]

THE WESTERN INVESTMENT BANKING COMPANY, a Corporation, Appellant, v. A. A. LONG, Appellee.

APPEAL from a judgment of the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

J. B. Woodward, for Appellant.

Walter Bennett, for Appellee.

SLOAN, J.—The record in this case presents a question as to the power of the city of Phœnix to assess and tax, in the name of a bank, its shares of stock. Upon the authority of *National Bank* v. *Long* (just decided), *ante*, p. 311, 57 Pac. 639, in which we held that the act of the legislature, known as act No. 51, Laws of 1897, authorizing the taxation of shares of stock of banking institutions by counties, did not apply to cities, and that there was no other provision of law authorizing such tax, the judgment of the court below will be reversed, with instructions to enter its judgment granting the relief prayed for in the complaint.

Davis, J., and Doan, J., concur.

Opinion filed June 2, 1899.

_____

[Civil No. 697.]

C. E. LYNCH, Appellant, v. SAMUEL W. PRICE, Respondent.

APPLICATION for a Writ of Prohibition to the District Court of the Second Judicial District, in and for the County of Graham. F. M. Doan, Judge.

Moorman & McFarland, Attorneys for Appellant.

Frank B. Laine, Attorney for Respondent.

June 2, 1899. Writ denied.